**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Edward R. Newsome

Appellate case number:   01-14-00012-CV

Trial court case number: 1995-25994

Trial court:             189th District Court of Harris County

Date motion filed:       March 3, 2014 (original) and March 4, 2014 (amended)

Party filing motion:     Relator

    It is ordered that the motion and amended motion for rehearing are **denied**.


Judge's signature: /s/ Jane Bland
                    Acting for the Court

Panel consists of: Justices Keyes, Bland, and Brown


Date:  April 1, 2014